IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIME A. CARVAJAL 10301-078<br>FCI SEAGOVILLE<br>P.O. BOX 9000<br>SEAGOVILLE, TEXAS 75159-9000<br>PLAINTIFF<br><br>VS.<br><br>DRUG ENFORCEMENT AGENCY<br>(AKA D.E.A.)<br>MAIN JUSTICE BUILDING<br>950 PENNSYLVANIA AVENUE<br>N.W. WASHINGTON, DC 20530<br>and<br>FEDERAL BUREAU OF INVESTIGATION<br>(AKA F.B.I.)<br>MAIN JUSTICE BUILDING<br>950 PENNSYLVANIA AVENUE<br>N.W. WASHINGTON, DC 20530<br>and<br>INTERNAL REVENUE SERVICE<br>(AKA I.R.S.)<br>MAIN JUSTICE BUILDING<br>950 PENNSYLVANIA AVENUE<br>N.W. WASHINGTON, DC 20530<br>and<br>DEPARTMENT OF TREASURY<br>MAIN JUSTICE BUILDING<br>950 PENNSYLVANIA AVENUE<br>N.W. WASHINGTON, DC 20530<br>and<br>ALCOHOL TABACCO & FIREARM<br>MAIN JUSTICE BUILDING<br>950 PENNSYLVANIA AVENUE<br>M.W. WASHINGTON, DC 20530<br>and<br>ALBERTO GONZALES<br>MAIN JUSTICE BUILDING<br>950 PENNSYLVANIA AVENUE<br>N.W. WASHINGTON, DC 20530<br>and<br>FREEDOM OF INFORMATION/PRIVACY<br>AGENCY FOR THE UNITED STATES<br>(AKA F.O.I.A.)<br>MAIN JUSTICE BUILDING<br>950 PENNSYLVANIA AVENUE<br>N.W. WASHINGTON, DC 20530<br>DEFENDANTS | CIVIL ACTION NO. _____<br><br><br><br>CASE NUMBER 1:06CV02265<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: FOIA/Privacy Act<br><br>DATE STAMP: 12/29/2006 |

<u>CIVIL COMPLAINT IN ACCORDANCE WITH TITLE 5 U.S.C. §552(a)(4)(B)</u>

   Jamie A. Carvajal, pro-se, files this, his civil complaint, complaining of records/information he is legally entitled to view/possess and have provided to him upon request under the F.O.I.A. is being improperly refused/withheld from him without just cause by the named defendants.

   Jurisdiction is invoked under Title 5 U.S.C. §522. Under §522 (B) it is a well established rule that the government agencies named within this complaint as defendants maybe sued within the United States in the District in which the complainant resides, thus being Seagoville Texas or within the principal place of business where the records/information requested is situated, thus being through out the United States, which would cause an unnecessary burden on the courts, defendants and Plaintiff, due to the number of agencies involved, or filed within the District of Columbia. In such case the court shall determine the matter de novo, and has the right to examine the contents of such agency records/information in camera to determine whether such records or any part thereof should be withheld under any exemptions set forth in subsection (b) of this section, and the burden is on the defendants/agency withholding the record/information to sutain its actions.

The defendants are given notice, under Title 5 U.S.C. §552 (4)(C) each defendant has no more than thirty-days of service of this complaint to answer/respond to plaintiff's complaint and state good cause why the plaintiff should not be provided the relief requested within his civil complaint under Title 5 U.S.C. §552(a)(4)(B).

The defendants named within this suit is without any just reason to withhold the information/records requested by the plaintiff. The Plaintiff has exhausted his administrated request and appeals, however the administrated procedure failed to provide relief. Therefore, the assistance of this Honorable Court is requested.

The plaintiff, Jamie A. Carvajal request from each defendent, any and all records/information within their possession to be delivered to him, without further delay or show just cause why the information/records requested under the F.O.I.A. should not be provided to him.

The plaintiff request that he be reimbursed all cost within the filing and all other cost involving this cause. In addition, plaintiff request the fee which would had been paid to provide counsel for this cause to be paid to him for a claim under this section which the complainant will substantially prevail. See Title 5 U.S.C. § 552 (4)(E) and (F).

Respectfully submitted,
Jamie Carvajal

*Jamie Carvajal*    11/30/06

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

JAIME A. CARVAJAL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 10301-078

**DEFENDANTS**

DEA, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

CASE NUMBER 1:06CV02265
JUDGE: Ricardo M. Urbina
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 12/29/2006

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP** FOR PLAINTIFF AND...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)    OR    ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
■ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

⑧

|  ☐ **G.** *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ **H.** *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ■ **I.** *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ **J.** *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ **K.** *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L.** *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ **M.** *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ **N.** *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 - F.O.I.A.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $**   Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

DATE 12.29.06   SIGNATURE OF ATTORNEY OF RECORD  /s/

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

