IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAIME A. CARVAJAL,                    )
    Plaintiff                    )
                      )
    v.                           )    Case No. 1:06CV02265
                      )    Judge Urbina
                      )
DRUG ENFORCEMENT AGENCY, et al,       )
    Defendants.                  )
_____)

**RECEIVED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On December 29, 2006, Plaintiff Carvajal filed the above-styled complaint alleging that his requests under the Freedom Of Information Act (FOIA) were being improperly withheld from him by the Drug Enforcement Agency, the Federal Bureau of Investigation, the Department of Treasury, Alberto Gonzalez (Attorney General of the United States) and the Dept. of Alcohol, Tobacco & Firearms. Plaintiff also named the Freedom of Information and Privacy in his complaint. The Court served summons on the parties, allowing them thirty days to answer the complaint or face default judgment. [exhibit A]

All parties received service by January 22. 2007. [exhibit B]. None responded and all are in default. Rule 55 provides for entry of default and Rule 55(e) for judgment against the United States "by evidence satisfactory to the court." The evidence here is that nowhere will the Court find indication that the parties responded to the Court summons. Plaintiff allowed the parties several months beyond what was ordered by the Court

yet has never received an answer or the responsive documents requested.

WHEREFORE, upon good cause shown, Plaintiff Carvajal requests the Court to enter default judgment pursuant to Fed.R.Civ.P. 55(e) against the agencies and departments, persons and divisions named in this action.  Plaintiff requests an immediate order by the court for the production of all documents requested by Plaintiff as soon as practicable.  Plaintiff further requests reimbursement of costs and fees applicable. (Separate motion and affidavit attached).


RESPECTFULLY SUBMITTED THIS 18th day of June, 2007.


Jaime A. Carvajal, pro se
Reg. No. 10301-078
F.C.I. Seagoville
P.O. Box 9000
Seagoville, TX 75159

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAIME A. CARVAJAL,          )
    Plaintiff             )
                          )
                          )   Case No. 1:06CV02265
    v.                 )
                          )   Judge Urbina
                          )
DRUG ENFORCEMENT AGENCY, et al, )
    Defendants.          )
                          )

### PLAINTIFF'S MOTION FOR FEES AND COSTS

Plaintiff pro se Carvajal hereby petitions the Court for for reimbursement of his filing fees and costs of this action pursuant to 28 U.S.C. §2412(a)(1) and (2). Plaintiff specifically requests the reimbursement of his filing fee of $350.00 and costs of postage and copies, a total of $52.00. Plaintiff's affidavit is attached to this motion.

RESPECTFULLY SUBMITTED THIS 18th day of June, 2007

Jaime A. Carvajal, pro se
Reg. No. 10301-078
F.C.I. Seagoville
P.O. Box 9000
Seagoville, TX 75159

-1-

STATE OF TEXAS              §
                            §
                            §
COUNTY OF DALLAS            §


### AFFIDAVIT OF JAIME A. CARVAJAL

On this day, Jaime A. Carvajal appeared before me, the undersigned notary public.  After I administered an oath to him, upon his oath he said:

1.  That he had filed a filing fee with the District Court for $350.00.

2.  That he had paid postage, mostly certified/registered return mail, money for copy card costs and costs for mailing envelopes for the sum of $52.00.

Mr. Carvajal stated that he is competent to make this affidavit and that the facts stated herein are within his personal knowledge and are true and correct.

_____
Jaime A. Carvajal


SWORN TO AND SUBSCRIBED before me by Jaime A. Carvajal on June 19 , 2007.




_____
Notary Public in and for the
State of Texas



CAROL DIANNE GRIFFITH
My Commission Expires
July 23, 2009

## CERTIFICATE OF SERVICE

Plaintiff pro se Jaime Carvajal hereby certifies that he has

served upon Defendants a copy of the enclosed Motion For Default

Judgment via first class postage on this, the 18th day of June,

2007, to:  Alberto Gonzalez, Attorney General
           MAIN JUSTICE BUILDING
           950 Pennsylvania Ave., NW
           Washington, DC 20530

Jaime A. Carvajal, pro se
Reg. No. 10301-078
F.C.I. Seagoville
P.O. Box 9000
Seagoville, TX 75159

-3-

# Exhibit "A"

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAIME A. CARVAJAL

V.

DEA, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV02265

CASI    JUDGE: Ricardo M. Urbina

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/29/2006

TO: (Name and address of Defendant)

ALBERTO GONZALES
MAIN JUSTICE
950 PENN. AVE. N.W.
W.D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  PRO SE  (name and address)

JAIME A. CARVAJAL
# 10301-078
F.C.I.-SEAGOVILLE
POB 9000
SEAGOVILLE, TEXAS
75159

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DEC 29 2006

DATE

(By) DEPUTY CLERK

# Exhibit "B"

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Ernest L. Parker_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

JAN 22/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

U.S. Atty Gen
c/o Freedom of Information Agency
950 Pennsylvania Avenue
N.W. Washington D.C.
20530

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transf    7006 0810 0001 4536 4151

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Ernest L. Parker_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

JAN 23    23/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

U.S. Atty. Gen.
Federal Bureau of Investigation
950 Pennsylvania Ave.,
N. W. Washington D.C. 20530

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7006 0810 0001 4536 4182
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Ernest L. Parker_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

JAN 22    01/22/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Alberto Gonzales,
U.S. Atty. Gen.
950 Pennsylvania Avenue
N.W. Washington D.C.
20530

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transf    7006 0810 0001 4536 4168

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Atty. Gen.
Department of Treasury
950 Pennsylvania Ave.
N.W. Washington D.C.
20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article (Trans)    7006 0810 0001 4536 4205

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Atty. Gen
Alcohol, Tobacco
   & Firearms
950 Pennsylvania Ave
N.W. Washington D.C.
20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
JAN 2 2 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2.    7006 0810 0001 4536 4199

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Atty. Gen.
Internal Revenue Service
950 Pennsylvania Ave.
N.W. Washington D.C.
20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name)  JAN 2 2 2007   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 0810 0001 4536 4212

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540




UNITED STATES
POSTAL SERVICE

## Track/Confirm - Intranet Item Inquiry - Domestic

| Item: 7006 0810 0001 4536 4175 | | | | |
|---|---|---|---|---|
| **Destination** | **ZIP Code:** 200 | | **City:** | **State:** |
| **Origin** | **ZIP Code:** | | **City:** | **State:** |
| **Firm Book ID:** 5103 0SGU A667 0000 1782 | | | | |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 01/22/2007 05:09 | WASHINGTON, DC 20530 | 030SGSE657 |
| | Firm Name: JUSTICE 20530 PU | | |
| | Recipient: 'M PARRIS' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| NOTICE LEFT | 01/22/2007 02:25 | WASHINGTON, DC 20530 | 030SGUA667 |
| ARRIVAL AT UNIT | 01/22/2007 00:58 | WASHINGTON, DC 20022 | 030SGUA667 |

**Enter Request Type and Item Number:**

**Quick Search** ⦿      **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Direct Query - Intranet                                                                                   Page 1 of 1



## Track/Confirm - Intranet Item Inquiry
## Item Number: 7006 0810 0001 4536 4175

### This item was delivered on 01/22/2007 at 05:09



| | |
|---|---|
| **Signature:** | |
| **Address:** | |

**Enter Request Type and Item Number:**

**Quick Search** ◉          **Extensive Search** ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

## U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 87 |
| Certified Fee | 240 |
| Return Receipt Fee (Endorsement Required) | 185 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark Here

Sent To: U.S. Atty Gen. Internal Revenue Srv
Street, Apt. No.; or PO Box No. 950 Pennsylvania Avenue
City, State, ZIP+4 N.W. Washington D.C. 20530

PS Form 3800, June 2002    See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 87 |
| Certified Fee | 240 |
| Return Receipt Fee (Endorsement Required) | 185 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark Here

Sent To: U.S. Atty Gen. / Department Treasury
Street, Apt. No.; or PO Box No. 950 Pennsylvania Avenue
City, State, ZIP+4 N.W. Washington D.C. 20530

PS Form 3800, June 2002    See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 87 |
| Certified Fee | 240 |
| Return Receipt Fee (Endorsement Required) | 185 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.18 |

Postmark Here

Sent To: U.S. Atty. Gen. / Alcohol, Tobacco & FireArms
Street, Apt. No.; or PO Box No. 950 Pennsylvania Avenue
City, State, ZIP+4 N.W. Washington DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 87 |
| Certified Fee | 240 |
| Return Receipt Fee (Endorsement Required) | 185 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark Here

Sent To: U.S. Atty Gen. / Federal Bureau of Investigation
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave
City, State, ZIP+4 N.W. Washington D.C. 20530

PS Form 3800, June 2002    See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 39 |
| Certified Fee | 240 |
| Return Receipt Fee (Endorsement Required) | 185 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.18 |

Postmark Here

Sent To: Atty. Gen. U.S. Drug Enforcement Agency
Street, Apt. No.; or PO Box No. 950 Pennsylvania Avenue
City, State, ZIP+4 N.W. Washington DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

---

## U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 39 |
| Certified Fee | 240 |
| Return Receipt Fee (Endorsement Required) | 185 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12 |

Postmark Here

Sent To: Alberto Gonzales, U.S. Atty. Gen.
Street, Apt. No.; or PO Box No. 950 Pennsylvania Avenue
City, State, ZIP+4 N.W. Washington D.C. 20550

PS Form 3800, June 2002    See Reverse for Instructions

