UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIME A. CARVAJAL, )<br>)<br>Plaintiff )<br>)<br>v. )<br>) Civil Action No. 06-02265(RMU)<br>DRUG ENFORCEMENT ADMINISTRATION, et al., )<br>)<br>Defendants. )<br>) | |

**DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT
AND FOR FEES AND COSTS**

On December 29, 2006, plaintiff brought suit against Attorney General Alberto Gonzales, the Drug Enforcement Administration, the Federal Bureau of Investigation, the Internal Revenue Service, the Department of the Treasury, and the Bureau of Alcohol, Tobacco and Firearms alleging that the agencies violated the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, by improperly withholding records to which the plaintiff is entitled to view or possess. Pl.'s Compl. at 2. On December 29, 2006, plaintiff moved for default judgment and for fees and costs averring that defendants failed to answer his complaint within thirty days of service as required by the FOIA, 5 U.S.C. § 552(a)(4)(C), and thus, plaintiff is entitled to judgment. For reasons stated below, plaintiff's motion is without merit and should be denied.

**ARGUMENT**

Rule 55(e) of the Federal Rules states that a court "shall not enter default judgment against the United States or an officer or any agency thereof unless [the] claimant establishes a right to relief upon evidence satisfactory to the Court." Fed.R.Civ.P. 55(e); see also Thomas v. Federal Bureau of Investigators, No. 95-5392, 1996 WL 587646 (D.C. Cir. Sept. 16, 1996).

Plaintiff moves for default judgment arguing that defendants failed to respond to plaintiff's complaint within the thirty day period established under the FOIA.  5 U.S.C. § 552(a)(4)(C).

     As indicated above, plaintiff's motion lacks merit.  Contrary to his argument, service has not been effectuated against defendants. Under Fed. R. Civ. P. 4(i)(1), service on an agency of the United States is effectuated by (1) delivering a copy of the summons and the complaint to the U.S. Attorney or sending the summons and complaint to the civil process clerk designated by the U.S. Attorney to receive service, (2) sending a copy of the summons and complaint to the Attorney General of the United States, and (3) sending a copy of the summons and complaint to the agency.  Fed. R. Civ. P. 4(i)(1) and 4(i)(2)(A).  Here, as evidenced by plaintiff's own exhibits in support of his motion, plaintiff failed to serve the United States Attorney.  Pl.'s Mot. Default J., Ex. B.  Plaintiff also failed to serve any of the agencies directly as required by Fed. R. Civ. P. 4(i)(2)(A), but instead, incorrectly attempted service on the agencies using the address for the Executive Office for United States Attorneys, i.e., 950 Pennsylvania Avenue, NW, Washington, D.C.  20530.  Id.  Finally, plaintiff failed to serve the Attorney General in the manner required by the Federal Rules of Civil Procedure -- i.e., by sending a copy of the summons and complaint to "the Attorney General for the United States, at Washington, District of Columbia."  See Fed. R. Civ. P. 4(i)(1)(B).  Given plaintiff's failure to comply with any of the service requirements of the Federal Rules of Civil Procedure, his motion for default should be denied.

     Defendants also note that, given the litigation posture of this case (i.e., service has yet to be effectuated), and the possibility that records responsive to plaintiff's request are exempt from disclosure pursuant to and consistent with certain provisions of FOIA,  plaintiff simply cannot establish that he is entitled to relief on his underlying FOIA claim for purposes of establishing a

right to default judgment. Accordingly, for this reason as well, plaintiff's motion for entry of default should be denied.

## CONCLUSION

For reasons stated herein, defendants request that plaintiff's motions for default judgment, and for fees and costs be denied. A proposed Order consistent with this opposition memorandum is attached.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /mj

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendants' Opposition to Plaintiff's Motions for Default Judgment and for Fees and Costs*** was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Jaime A. Carvajal
R10301-078
Federal Correctional Institution-Seagoville
P.O. Box 9000
Seagoville, Texas 75159

on this <u>10th</u> day of July, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIME A. CARVAJAL, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) Civil Action No. 06-02265(RMU) |
| DRUG ENFORCEMENT ADMINISTRATION, et al., | ) ) |
| Defendant. | ) ) |

**ORDER**

UPON CONSIDERATION of *Plaintiff's Motions for Default Judgment and for Fees and Costs*, defendants' opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion is denied.

SO ORDERED.

_____                              _____
  DATE                                                                    UNITED STATES DISTRICT JUDGE


Copies to:
Jaime A. Carvajal
R10301-078
Federal Correctional Institution-Seagoville
P.O. Box 9000
Seagoville, Texas 75159

Beverly M. Russell
Assistant U.S. Attorney
United States Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Room E-4915
Washington, D.C.  20530