```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

JAMIE A. CARVAJAL,              )
                                )
        Plaintiff,              )
                                )
    v.                          )
                                ) Civil Action No. 06-2265 RMU
DRUG ENFORCEMENT                )
ADMINISTRATION, et al.,         )
                                )
        Defendants.             )
_____)
```

MOTION FOR EXTENSION OF TIME TO ANSWER

This Freedom of Information Act case was filed in 2006, but it was only recently served on the United States Attorney's Office for the District of Columbia.  The answer or other response to the complaint is due on March 10, 2008.  Pursuant to Fed. R. Civ. P. 6(b)(1), all the defendants, who are the Attorney General and several federal agencies, hereby move for a two-week extension of time to March 24, 2008, for defendants to answer or otherwise respond to the complaint in this action. Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not attempted to contact plaintiff to determine his position on this motion.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)"

Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendants was out of the office last week for four days due to the critical injuries sustained by a member of his family in an accident. It is likely that he will be out of the office much of this week due to the fact that the family member continues to be in the Intensive Care Unit. The additional time is, therefore, needed. This motion is being filed more than four business days before the current due date of the answer.

        Respectfully submitted,

        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney
              /s/
        FRED E. HAYNES, DC Bar #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.514.7201

---

to meet and confer prior to a scheduling conference).  LCvR 16.3(a) (emphasis added).

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

JAMIE A. CARVAJAL,            )
                              )
        Plaintiff,            )
                              )
     v.                       )
                              ) Civil Action No. 06-2265 RMU
DRUG ENFORCEMENT              )
ADMINISTRATION, et al.,       )
                              )
        Defendants.           )
_____)
```

## ORDER

Upon consideration of the motion by the defendants for a two-week extension of time to answer or otherwise respond to the complaint in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that the defendants shall have to and including March 24, 2008, to answer or otherwise respond to the complaint.

                    UNITED STATES DISTRICT JUDGE

Copies to the pro se
plaintiff and counsel
for the defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for a two-week extension of time to answer to be served by first class mail, postage prepaid, this 3rd day of March, 2008, on:

>Mr. Jaime A. Carvajal
>Reg. No. 10301-078
>F.C.I. Seagoville
>P.O. Box 9000
>Seagoville, Texas 75159

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201