```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

JAMIE A. CARVAJAL,                 )
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   ) Civil Action No. 06-2265 RMU
DRUG ENFORCEMENT                   )
ADMINISTRATION, et al.,            )
                                   )
          Defendants.              )
_____)
```

<u>MOTION FOR BRIEF, FURTHER EXTENSION OF TIME TO ANSWER</u>

This Freedom of Information Act case was filed in 2006, but it was only recently served on the United States Attorney's Office for the District of Columbia.  The answer or other response to the complaint was due on March 10, 2008.  Pursuant to Fed. R. Civ. P. 6(b)(1), all the defendants, who are the Attorney General and several federal agencies, moved for a two-week extension of time to March 24, 2008, for the defendants to answer or otherwise respond to the complaint in this action.  By this motion, also filed pursuant to Rule 6(b)(1), defendants request another four days, to March 28, 2008, for defendants to answer the motion.  This motion is being filed in compliance with the Court's standing order, i.e., more than four-business days before the answer is due.  Because of the difficulties involved in contacting federal prisoners, undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not

attempted to contact plaintiff to determine his position on this motion.[1]

As explained in the first motion for an extension of time, undersigned counsel primarily responsible for this case for defendants, has been out of the office for most of the time since February 25, due to the critical injuries sustained by a member of his family in an accident. It is hoped that the family member will be released from the hospital later this week, an event that will require further involvement by undersigned counsel. Additionally, undersigned counsel has a funeral to attend tomorrow and has substantial church obligations during this week and weekend, as well as other litigation responsibilities. Consequently, an extension of time of four business days is needed, to March 28, to file the answer.

Attached is a draft order reflecting the requested relief.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, D.C. Bar #498610
                        United States Attorney

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

```
                    RUDOLPH CONTRERAS, D.C. Bar #434122
                    Assistant United States Attorney
                              /s/
                    FRED E. HAYNES, DC Bar #165654
                    Assistant United States Attorney
                    555 4th Street, N.W., Room E-4110
                    Washington, D.C. 20530
                    202.514.7201
```

```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

JAMIE A. CARVAJAL,              )
                                )
        Plaintiff,              )
                                )
    v.                          )
                                ) Civil Action No. 06-2265 RMU
DRUG ENFORCEMENT                )
ADMINISTRATION, et al.,         )
                                )
        Defendants.             )
_____ )

## ORDER

Upon consideration of the motion by the defendants for a further extension of time to answer or otherwise respond to the complaint in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that the defendants shall have to and including March 28, 2008, to answer or otherwise respond to the complaint.

                    UNITED STATES DISTRICT JUDGE

Copies to the pro se
plaintiff and counsel
for the defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for a further extension of time to answer to be served by first class mail, postage prepaid, this 17th day of March, 2008, on:

>Mr. Jaime A. Carvajal
>Reg. No. 10301-078
>F.C.I. Seagoville
>P.O. Box 9000
>Seagoville, Texas 75159

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201