```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

JAIME A. CARVAJAL,              )
                                )
        Plaintiff,              )
                                )
    v.                          )
                                ) Civil Action No. 06-2265 RMU
DRUG ENFORCEMENT                )
ADMINISTRATION, et al.,         )
                                )
        Defendants.             )
_____ )
```

## ANSWER

Defendants, through their undersigned attorneys, hereby answer the complaint as follows:

### FIRST DEFENSE

Plaintiff failed to file a Freedom of Information Act request with the Drug Enforcement Administration; the Federal Bureau of Investigation; the Internal Revenue Service; the Department of the Treasury; and the Bureau of Alcohol, Tobacco, Firearms and Explosives.  Plaintiff has not, therefore, exhausted the first step of the administrative process relating to the processing of Freedom of Information Act ("FOIA") requests by these agencies.

### SECOND DEFENSE

Alberto Gonzales, the former Attorney General of the United States, is not a proper defendant in this action, and he should, therefore, be dismissed as a defendant.

### THIRD DEFENSE

One of the alleged defendants, the "Freedom of Informa-

tion/Privacy Agency for the United States (AKA FOIA)" does not exist in the federal government and should be dismissed.

## FOURTH DEFENSE

Defendants answer the unnumbered paragraphs of the complaint as follows:

First paragraph. This paragraph is plaintiff's characterization of his complaint, as to which no answer is required.

Second paragraph. This paragraph is plaintiff's characterization of this Court's jurisdiction and the proper venue for the case. These are legal conclusions as to which no answer is required.

Third paragraph. This paragraph is plaintiff's characterization of the time within which a federal agency should answer a complaint under the Freedom of Information Act. This is a legal conclusion as to which no answer is required.

Fourth paragraph, first sentence. Denied. It should be noted that the Drug Enforcement Administration ("DEA") has properly withheld from plaintiff all of the documents referred to it by the Executive Office for United States (EOUSA).[1] These

---

[1] DEA did not directly receive a FOIA request from plaintiff; the documents sent to it for review, because they originated at DEA, were sent by EOUSA, which has processed FOIA requests from plaintiff. EOUSA is not named as a defendant in this action. Similarly, the Criminal Division of the Department of Justice processed a FOIA request from plaintiff and advised him that the Criminal Division did not have any responsive documents. The Criminal Division is not named as a defendant in this action.

documents were withheld under FOIA exemption (b)(3), 5 U.S.C. § 552(b)(3), and exemption (b)(7)(C), 5 U.S.C. § 552(b)(7)(C), and under Privacy Act exemption (j)(2), 5 U.S.C. § 552a (j)(2).

Fourth paragraph, second sentence. Denied.

Fourth paragraph, third sentence. This is a request for relief addressed to the Court, and defendants deny that plaintiff is entitled to any relief.

Fifth and sixth paragraphs. These paragraphs are also requests for relief, and defendants deny that plaintiff is entitled to any relief.

All allegations not expressly admitted or denied are denied.

WHEREFORE, defendants request this Court to deny the plaintiff all relief requested, dismiss the complaint with prejudice, grant defendants such other relief as the Court deems appropriate, and award defendants the costs of this action.

> Respectfully submitted,
>
> JEFFREY A. TAYLOR, D.C. Bar #498610
> United States Attorney
>
> RUDOLPH CONTRERAS, DC Bar #434122
> Assistant United States Attorney
>          /s/
> FRED E. HAYNES, DC Bar #165654
> Assistant United States Attorney
> 555 4th Street, N.W. Room E-4110
> Washington, D.C. 20530
> 202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing answer to be served by first-class mail, postage prepaid, this 28th day of March, 2008, on:

>Mr. Jaime A. Carvajal
>Reg. No. 10301-078
>F.C.I. Seagoville
>P.O. Box 9000
>Seagoville, Texas 75159

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201